**JULIE R. PATTEN**
Assistant U.S. Attorneys
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: 406-657-6101
Fax: 406-657-6058
Email: Julia.Patten@usdoj.gov
ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
MAY 23 2025

Clerk, US District Court
District of Montana - Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-62-BLG -SPW |
| Plaintiff, | |
| | INDICTMENT |
| vs. | |
| | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE CONTROLLED SUBSTANCES (Count 1) |
| CHRISTINA LAVON HILL, NATHAN WILNAU, DION ANDRE DAVIS II, DAVIOUS ARJHAN GREENWOOD-JAMES, TYLER CHRISTOPHER TAINTER-GALLON, and BONNIE CHU, | Title 21 U.S.C. § 846 (Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| Defendants. | POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES (Count 2) Title 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 (Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| | DISTRIBUTION OF METHAMPHETAMINE (Count 3) Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release.) |

1

|  | **CONSPIRACY TO COMMIT MONEY LAUNDERING (Count 4)**<br>**Title 18 U.S.C. § 1956(h)**<br>**(Penalty: 20 years of imprisonment, $500,000 fine, and three years of supervised release)**<br><br>**CRIMINAL FORFEITURE**<br>**21 U.S.C. §§ 853(a)(1) and (2) and**<br>**21 U.S.C. §§ 881(a)(7) and (11)**<br>**18 U.S.C. § 981(a)(1)**<br>**28 U.S.C. § 2461(c)**<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That beginning in January 2022, and continuing until on or about July 26, 2024, at Billings, in Yellowstone County, in the State and District of Montana, in Wyoming, California, and elsewhere, the defendants, CHRISTINA LAVON HILL, NATHAN WILNAU, DION ANDRE DAVIS II, DAVIOUS ARJHAN GREENWOOD-JAMES, TYLER CHRISTOPHER TAINTER-GALLON, and BONNIE CHU, knowingly and unlawfully conspired with others both known and unknown to the Grand Jury, to possess with the intent to distribute, and to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and 400 grams or more of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 846.

## COUNT 2

That beginning in January 2022, and continuing until on or about July 26, 2024, at Billings, in Yellowstone County, in the State and District of Montana, and elsewhere, including Wyoming and California, the defendants, CHRISTINA LAVON HILL, NATHAN WILNAU, DION ANDRE DAVIS II, DAVIOUS ARJHAN GREENWOOD-JAMES, TYLER CHRISTOPHER TAINTER-GALLON, and BONNIE CHU, knowingly and unlawfully possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and 400 grams or more of fentanyl, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 3

That on or about August 18, 2023, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, CHRISTINA LAVON HILL, knowingly and unlawfully distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 4

That beginning in January 2022, and continuing until on or about April 2024, at Billings, in Yellowstone County, in the State and District of Montana, and elsewhere, including Wyoming and California, CHRISTINA LAVON HILL,

3

NATHAN WILNAU, DION ANDRE DAVIS II, DAVIOUS ARJHAN GREENWOOD-JAMES, TYLER CHRISTOPHER TAINTER-GALLON, and BONNIE CHU, knowingly and intentionally conspired, confederated, and agreed to conduct financial transactions that involved the proceeds of specified unlawful activity, including possession with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1), with the intent to promote the carrying on of such specified unlawful activity, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), 2, in that defendants CHRISTINA LAVON HILL, DION ANDRE DAVIS II, and BONNIE CHU initiated and directed wire transfers of United States currency between Montana and California, in order to pay for and fund the purchase of additional controlled substances, including methamphetamine, and while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented proceeds of some form of unlawful activity, all in violation of 18 U.S.C. § 1956(h).

FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses set in forth in counts 1 - 3 of this indictment, the defendants, CHRISTINA LAVON HILL, NATHAN WILNAU, DION ANDRE DAVIS II, DAVIOUS ARJHAN GREENWOOD-JAMES, TYLER CHRISTOPHER TAINTER-GALLON, and BONNIE CHU, shall forfeit, pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. §§ 881(a)(7) and (11): (1) any

4

property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; and (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

Upon conviction of count 4 of this indictment, the defendants, CHRISTINA LAVON HILL, NATHAN WILNAU, DION ANDRE DAVIS II, DAVIOUS ARJHAN GREENWOOD-JAMES, TYLER CHRISTOPHER TAINTER-GALLON, and BONNIE CHU, shall forfeit to the United States any real property, real and personal, which constitutes and is derived from proceeds traceable to the offenses, and is involved in the offenses, and traceable to such property, pursuant to 18 U.S.C. §§ 981(a)(1) and 982, and 28 U.S.C. § 2461(c).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.


KURT G. ALME
United States Attorney


CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney